**Electronically Filed**
**Supreme Court**
**SCWC-30109**
**30-APR-2014**
**01:28 PM**

SCWC-30109

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RANGIE B. ALANGCAS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30109; CRIM. NO. 09-1-0308)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge To'oto'o, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Rangie B. Alangcas's

application for writ of certiorari, filed on March 16, 2014, is

hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk

regarding scheduling.

DATED: Honolulu, Hawai'i, April 30, 2014.

| | |
|---|---|
| Paul J. Cunney, | /s/ Mark E. Recktenwald |
| Marcus B. Sierra, | |
| Dean C.M. Hoe, and | /s/ Paula A. Nakayama |
| Daniel J. Kawamoto | |
| for petitioner | /s/ Sabrina S. McKenna |
| | |
| Marissa H.I. Luning | /s/ Richard W. Pollack |
| for respondent | |
| | /s/ Fa'auuga To'oto'o |

